

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

In the ten (10) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed September 22, 2015, Misc. Docket No. 15-9199, it is ordered that these causes be transferred to the Eighth Court of Appeals at El Paso, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Eighth Court of Appeals.

| CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|
| 1. 2-15-306-CR | Jerry Lee Hutto v. State of Texas | Montague |
| 2. 2-15-308-CR | Bruce Edward Henderson v. State of Texas | Tarrant |
| 3. 2-15-309-CR | Bruce Edward Henderson v. State of Texas | Tarrant |
| 4. 2-15-310-CR | Bruce Edward Henderson v. State of Texas | Tarrant |
| 5. 2-15-311-CR | Bruce Edward Henderson v. State of Texas | Tarrant |
| 6. 2-15-312-CR | Bruce Edward Henderson v. State of Texas | Tarrant |
| 7. 2-15-313-CR | Staten William Corbett, Jr.v. State of Texas | Tarrant |
| 8. 2-15-314-CR | James Roberts, Jr. v. State of Texas | Tarrant |
| 9. 2-15-288-CV | Vern Bauer and Joella Jacobson v. Forest River, Inc. | Tarrant |
| 10. 2-15-289-CV | Richard Alan Clark, et al. v. Lori Vae Clark | Denton |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered October 1, 2015, transferring the above ten (10) causes from this Court to the Eighth Court of Appeals at El Paso, Texas as it appears in Minute Book volume 81, page 627.

IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 1st day of October, 2015.

DEBRA SPISAK, CLERK
SECOND COURT OF APPEALS
FORT WORTH, TEXAS

*Debra Spisak*

